IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEIDI A. BAER,<br><br>                              Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br><br>                         Defendant.) | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. _____<br>)<br>)<br>)<br>) |

## PROPOSED ORDER ON PLAINTIFF'S MOTION
## FOR A PRELIMINARY AND PERMANENT INJUNCTION

Upon consideration of Plaintiff Heidi A. Baer's Verified Complaint, Motion for a

Preliminary and Permanent Injunction and Memorandum of Law in Support of Plaintiff's Motion

for a Preliminary and Permanent Injunction, it is hereby ORDERED that:

    (a)    the defendant National Board of Medical Examiners comply with Title III of the ADA and the Massachusetts Public Accommodations Statute by providing plaintiff Heidi A. Baer with time and one-half within which to complete Step 1 of the USMLE; and

    (b)    the defendant National Board of Medical Examiners comply with Title III of the ADA and the Massachusetts Public Accommodations Statute by providing plaintiff Heidi A. Baer with time and one-half within which to complete Step 2 and 3 of the USMLE.

SO ORDERED

_____
The Honorable (                              )
United States District Court Judge

Dated: April ___, 2005

LIT 1514910v1