UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEIDI A. BAER,

        Plaintiff,

v.

NATIONAL BOARD OF MEDICAL
EXAMINERS,

        Defendant.

Civil Action No. 05-10724-GAO

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Joseph F. Savage, Jr. as attorney for defendant National

Board of Medical Examiners in the above-captioned action.

Respectfully submitted,

NATIONAL BOARD OF MEDICAL
EXAMINERS,

By its attorney,

/s/ Joseph F. Savage, Jr.
Joseph F. Savage, Jr. (BBO # 443030)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated:   April 14, 2005

LIBB/1336331.1