UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI A. BAER,, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | Civil Action No. 05-10724-GAO |

## MOTION FOR ADMISSION PRO HAC VICE OF MELISSA BRIGGS HUTCHENS

Pursuant to Local Rule 83.5.3(b), defendant National Board of Medical Examiners ("Defendant"), by its undersigned attorney, hereby moves for the admission *pro hac vice* of its counsel Melissa Briggs Hutchens. As grounds therefore, defendant states:

1. Melissa Briggs Hutchens is an attorney at the law firm of Goodwin Procter LLP, Washington, D.C., and is a member in good standing of the Bars of the District of Columbia, and the Bars of the United States Court of Appeals for the Eleventh Circuit, and the District of Columbia Circuit.

2. In further support of her motion, defendant submits herewith the Certificate of Melissa Briggs Hutchens as Exhibit A establishing that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the local rules of this Court.

LIBA/1528976.1

Respectfully submitted,

NATIONAL BOARD OF MEDICAL EXAMINERS,

By its attorney,

_____
Joseph F. Savage, Jr. (BBO No. 443030)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231

Dated: April 14, 2005

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Pursuant to Local Rule 7.1(A)(2), counsel for National Board of Medical Examiners conferred with counsel for plaintiff, Heidi A. Baer in a good faith effort to determine whether the respective parties would assent to this Motion. Counsel of record assent to the relief sought herein.

_____
Joseph F. Savage, Jr.

LIBA/1528976.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI A. BAER,,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10724-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF MELISSA BRIGGS HUTCHENS PURSUANT TO LOCAL RULE 83.5.3(b)

Melissa Briggs Hutchens, declares and states as follows:

1. I am an associate at the law firm of Goodwin Procter LLP, Washington, D.C. I have been a member in good standing of the Bar of the District of Columbia since 2003. I am also a member in good standing of the Bars of the United States Court of Appeals for the Eleventh Circuit, and the District of Columbia Circuit. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct. Executed on April 14, 2005.

_____
Melissa Briggs Hutchens