IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI A. BAER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 1:05-cv-10724<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DR. CHERYL WEINSTEIN

I, Dr. Cheryl Weinstein, do hereby depose and state as follows:

1.      I am a diplomate in clinical neuropsychology, a member of the American Board of Professional Psychology, and an expert in the field of diagnosing learning disabilities. A copy of my curriculum vitae is attached hereto as Exhibit A.

2.      In late-October and early-November 2004, I personally examined Ms. Heidi A. Baer and put her through a series of diagnostic tests to determine whether or not she suffers from a learning and/or reading disability. The results of those diagnostic tests and my conclusions are contained in my Neuropsychological Consultation Report (the "Report"), attached as Exhibit A to Ms. Baer's Verified Complaint in the above-captioned litigation.

3.      As stated in my report, Ms. Baer's childhood is replete with examples of her having suffered from a language-based learning disability. This disability has hampered her throughout her life and continues to substantially limit her in the major life activities of reading and learning.

4.      Moreover, I specifically found that Ms. Baer's problems on timed examinations were not from any malingering on her part. Rather, Ms. Baer's disability manifests itself in an inefficient style of reading and slowed processing capabilities, rendering it impossible for her to rapidly read

and organize information in such a way so as to be able to succeed on timed mastery examinations like the USLME Step 1 exam.

     5.     As a result, I concluded that "without [an accommodation of additional time a] timed test [will continue to assess] her speed in answering a question rather than her knowledge of medical material."

     6.     Each statement made in the Report is true and accurate to the best of my knowledge, and the copy of the Report submitted with the Verified Complaint is, in fact, a true and accurate copy of the Report I drafted.

     Signed under the penalties of perjury this 21 day of April, 2005.

Dr. Cheryl Weinstein, Ph.D., ABPP

2

**CURRICULUM VITAE AND BIBLIOGRAPHY**

**PART I:** General Information

**DATE PREPARED**: May 2004

| | |
|---|---|
| **Name:** | Cheryl S. Weinstein Ph. D.  ABPP/ABCN |
| **Office Address:** | Beth Israel Deaconess Hospital West Campus |
| **Home Address:** | 158 Payson Road<br>Chestnut Hill, Massachusetts 02467 |
| **E-mail**: | cweinste@bidmc.harvard.edu      **FAX:** (617) 632-8430 |
| **Place of Birth**: | Montgomery, Alabama |

**Education:**

| | | |
|---|---|---|
| 1968 | B.S. | University of Texas at Austin |
| 1970 | M.S. | Emerson College Speech Pathology |
| 1987 | Ph.D. | Boston College Counseling Psychology |

**Postdoctoral Training:**

| | |
|---|---|
| 1987-1988 | Clinical Intern in Psychology Massachusetts Mental Health Center |

**Licensure and Certification:**

| | |
|---|---|
| 1988 | Massachusetts License Registration |
| 1996 | American Board of Professional Psychology Diplomat in Clinical Neuropsychology/American Board of Clinical Neuropsychology |

**Academic Appointments:**

| | |
|---|---|
| 1996 | Assistant Professor of Psychology in Psychiatry, Harvard Medical School |

**Hospital Appointments:**

| | |
|---|---|
| 1988-1993 | Staff, The Cambridge Hospital, Department of Psychiatry |
| 1990-1993 | Consultant, Fenway Health Center |
| 1991 | Consultant, Lawrence Memorial Hospital of Medford |
| 1993 | Staff, The Beth Israel Deaconess Hospital |
| 1994 | Consultant, Massachusetts Mental Health Center |

**Other Professional Positions:**

| | |
|---|---|
| 1970-1971 | Staff, Model Cities Speech and Hearing Clinic |
| 1972-1975 | Faculty, Emerson College |
| 1978-1983 | Research, Boston Veterans Administration Medical Center |
| 1983 | Consultant, WHO, Catania, Sicily; Abeocuta, Nigeria |
| 1985-1986 | Extern, Newton Wellesley Hospital |
| 1988-1991 | Staff, Metropolitan State Hospital |
| 1988-1993 | Staff, The Cambridge Hospital |
| 1989-1993 | Consultant, Wellesley Neurodiagnostic Center |
| 1989-1994 | Consultant, Newton Wellesley Hospital Aftercare Service |
| 1991- | Consultant, Lawrence Memorial Hospital of Medford |
| 1993-1997 | Staff, New England Deaconess Hospital |
| 1994- | Consultant, Massachusetts Mental Health Center |
| 1995-2000 | Consultant, The Stone Center, Wellesley College |
| 1997- | Assistant Director, Neuropsychology Training Program Massachusetts Mental Health Center and the Beth Israel Deaconess Hospital |
| 1998- | Director, The Cognitive Remediation Center, Beth Israel Deaconess Hospital, Psychiatry |

**Hospital and Health Care Organization Service Responsibilities:**

| | |
|---|---|
| 1991 | Consultant, Lawrence Memorial Hospital of Medford |
| 1993 | Staff, The New England Deaconess Hospital |
| 1993- | Assistant Director, Neuropsychology Training Program MMHC and the BIDMC |
| 1994- | Consultant, Massachusetts Mental Health Center |
| 1998- | Director, The Center for Cognitive Remediation, Beth Israel Deaconess Hospital |

Major Administrative Responsibilities:

| | |
|---|---|
| 1993- | Staff, The New England Deaconess Hospital Neuropsychology |
| 1993- | Assistant Director Neuropsychology Training Program Beth Israel Deaconess Hospital and Massachusetts Mental Health Center |

1998-        Director, The Center for Cognitive Remediation , Beth Israel
             Deaconess Hospital

**Professional Societies:**

1974-1988    American Speech and Hearing Association
1989-        International Neuropsychological Society
1988-        Massachusetts Neuropsychology Society
             Secretary 1992-1995
1988-        American Psychological Association
1992-        National Registry of Health Service Providers in
             Psychology
1994-        National Academy of Neuropsychology
1995-        American Board of Professional Psychology/ABCN
1996-        Academy of Clinical Neuropsychology
1999-        Massachusetts Neuropsychology Society
             President-Elect
2000-2001    Massachusetts Neuropsychology Society
             President

**Community Service Related to Professional Work:**

1993-1994    Internal Research Review Board, The Cambridge Hospital
1998-        Massachusetts Medicaid Credential Committee for
1997-        Reviewer of applications for the American Board of Professional
             Psychology/American Board of Clinical Neuropsychology
2003-        Mysell Committee, Harvard Medical School
2003-        Editor, Newsletter American Academy of Clinical
             Neuropsychology

**PART II:  Research, Teaching, and Clinical Contributions**

**A.  Narrative Report:**

My major academic responsibility is Director of the Center for Cognitive Remediation at
the Beth Israel Deaconess Hospital Department of Psychiatry.  As a neuropsychologist, I
trained in understanding and assessing brain-behavior relationships, but there was notable
absence of follow-up for individuals with neuropsychiatric and neurocognitive
compromise. I have developed a unique program in the Boston area and at the national
level where patients receive a full neuropsychological evaluation and then address the
meaning of a cognitive impairment and specific ways to circumvent deficits. While we
address the full range of neurocognitive deficits, our focus is specifically on cognitive
remediation of mild cognitive impairment.

Cognitive remediation includes meeting with educators, psychotherapists, and family members to help the identified patient move on with his/her life. We also provide: (a) patient education with videotapes and audiotapes to facilitate maintenance of newly acquired skills; (b) family education, and (c) education for treators about their patient's neuropsychiatric disorder and the most effective treatment interventions. This is particularly important as knowledge about neuropsychiatric treatment interventions is not widespread. In a managed care environment, the neuropsychological evaluation now provides a specific starting point for treatment by utilizing neurocognitive strengths with specific skill training.

I also coordinate all neuropsychological and psychoeducational evaluations and supervise two staff neuropsychologists. I am responsible for the supervision and training of four post-doctoral fellows in clinical neuropsychology in the combined post-doctoral program with the Massachusetts Mental Health Center and the Beth Israel Deaconess Hospital.

In addition, I am responsible for the development of culture-fair neuropsychological evaluations. We routinely assess individuals whose primary language is Russian Spanish, or Portuguese. Overall, we are having success determining if neurocognitive changes are neurologically or medically based. Such information is crucial for treatment planning as the focus of treatment may now include cognitive remediation.

Research interests include: (1) the benefits of cognitive remediation in neuropsychiatric patients; (2) cognitive changes in victims of violence; and (3) delineation of reasons for frequent hospital readmissions. I also am addressing clinical markers in the Adult ADD/ADHD/LD population that may indicate pre-clinical neurocognitive decline.

Overall, I focus on teaching staff and post-doctoral fellows about the scientist practitioner model in neuropsychology and the importance of educating patients and their treators about ways to use neurocognitive strengths at home, school, and work. Supervision on each case is intensive and includes literature reviews which may be passed on to appropriate treators. When a post-doctoral fellow in neuropsychology completes their training they understand the principles of brain-behavior relationships and differential diagnostic issues when dealing with neurological, neuropsychiatric, medical, neurodevelopmental, and psychiatric patients. Fellows then move on to address the meaning of the disorder to the patient, appropriate interventions, family and treator education, and appropriate assessments in a managed care environment. Finally, Neuropsychology Fellows are prepared to begin the board certification process according to the standards of the American Board of Professional Psychology and the American Academy of Clinical Neuropsychology.

**D. Report of Current Research Activities**

Coping skills Pre- and Post-Cognitive Remediation in Adults With Attention/Memory Dysfunction, Project Director

Incidence of Neuropsychiatric Disorders Family Members of LD/ADHD Population, Collaborator

Outcome of Cognitive Remediation in Multiple Sclerosis Patients Residing in a Nursing Home

**D. Report of Teaching**

**1. Local Contributions**

> **a. Hospital Courses:**
> **1989-1991**
> Neuropsychology Clinic Metropolitan State Hospital: Course developer to teach staff, psychology interns, and psychology externs principles of neuropsychological evaluation  (weekly seminar)
>
> **1989-1993**
> Neuropsychology Seminar The Cambridge Hospital: Coordinated case presentations to behavioral neurologists from The Beth Israel Hospital, Behavioral Neurology Unit, monthly seminar for Psychiatry Residents and Neuropsychology Fellows (monthly seminar)
>
> **1991-1992**
> Neuropsychology Seminar The Cambridge Hospital:  Course developer to teach clinical psychology interns, neuropsychology fellows, and neuropsychology apprentices the biological basis of behavior, neuropsychiatric syndromes, and the principles of neuropsychological evaluation,  weekly seminar for 8 students and staff
>
> **1993-**
> Assistant Director of the Combined Massachusetts Mental Health Center and Beth Israel Deaconess Hospital Neuropsychology Training Program: Supervise neuropsychology Fellows in the administration and interpretation of neuropsychological measures, methods of neuropsychiatric interview, and appropriate diagnostic formulations
>
> **1993-1998**
> Harvard Medical School Psychology Lecture for Medical Students during Palmer Five Rotation at the Beth Israel Deaconess Hospital, 1 lecture per month

**1993-**
Neuropsychology Seminar Massachusetts Mental Health Center, Course lecturer
on principles of neuropsychology evaluation, medication effects on cognition,
HIV-related changes, and the neuropsychology of depression, 5 presentations, 10
Neuropsychology Fellows

**1994-95**
Harvard Longwood Psychiatry Residency Training Program, Mood Disorders
Module, DN Osser and CS Weinstein, module coordinators, eight sessions
Hospital, 4 presentations, 50 attendees including neurologists, psychiatrists,
neuropsychologists, and psychologists

**1994-**
Longwood Neuroscience Seminar
Co-sponsor with MGH, MMHC, Children's Hospital, Brigham and Womens
Hospital, and Beth Israel Hospital; Organizer for February Seminars as
representative of Beth Israel Deaconess

**1995**
Massachusetts Neuropsychological Society First Annual Symposium,
Neurotoxins and Environmental Health:  Neuropsychological, Epidemiological,
and Legal Perspectives, at the New England Deaconess Hospital,  Co-organizer
with Drs. Mark Moss, Penny Prather, and Doreen Rentz, 100 CME students

**1995-1996**
Harvard Longwood Psychiatry Residency Training Program, Mood Disorders
Module, CS Weinstein and J Riskin, module coordinators


**b.  Local Invited Presentations:**

**1991**
When to refer for neuropsychological evaluations.  Paper presented at The
Cambridge Lecture Series. Identification of Neuropsychiatric Disorders.
Cambridge, Massachusetts, January 11, 1991. CME students.

**1991**
The mind-brain connection when completing neuropsychological evaluations.
Paper presented at The Cambridge Lecture Series. The Mind-Brain Connection,
Cambridge, Massachusetts, November 2, 1991. CME students.

**1992**
Neurocognitive changes in individuals who are HIV+: Diagnostic and treatment implications. Course presented at the Fenway Health Center, Boston, Massachusetts, April 24, 1992. Staff.

**1992**
The role of neuropsychology in a medical setting. Paper presented at Medical Grand Rounds, The Cambridge Hospital, April 27, 1992. Staff.

**1992**
The mind-brain connection in assessing neuropsychiatric patients. Paper presented at Psychiatry Grand Rounds, The Cambridge Hospital, May 15, 1992. CME students.

**1993**
Cognitive remediation in the adult ADHD population. Paper presented at The Cambridge Lecture Series. The Attention Deficit Disorders. Cambridge, Massachusetts, January 9, 1993. CME students.

**1993**
Aspects of HIV/AIDS Care. Boston, Massachusetts, October 1, 1993. CME students.

**1993**
Neuropsychological testing of the HIV infected client. Workshop presented by Harvard Medical School. Boston, Massachusetts, November 10, 1993. CME students.

**1994**
Risk factors across the lifespan. Paper presented at The Cambridge Lecture Series. Attention Deficit Disorder Across the Lifespan. Cambridge, Massachusetts, January 4, 1994. CME students.

**1994**
ADHD Diagnosis and Treatment in Children and Adults. Grand Rounds presentation at the Massachusetts Mental Health Center, May 4, 1994. Staff.

**1994**
ADHD Diagnosis and Treatment in Adults. Social Work Grand Rounds at Spaulding Rehabilitation Hospital. Staff. CME credits.

**1994**
HIV-Minor-Motor Cognitive Changes. The Zinberg Clinic Rounds, The Cambridge Hospital. Staff.

**1994**
Risk Factors in ADHD Across the Lifespan. Cambridge Series, Living with ADHD. CME students.

**1995**
Principles of the neuropsychological evaluation. The Solomon Carter Mental Health Center. Boston, Massachusetts. Staff.

**1995**
Neuropsychiatric and Psychodynamic Factors of Risk Behavior. Presented at The Role of Mental Health Professionals in HIV Prevention by the American Psychiatric Association AIDS Program Office, Massachusetts, CME students.

**1996**
Principles of the neuropsychological screening evaluation. The Solomon Carter Mental Health Center. Boston, Massachusetts. Staff.

**1996**
Principles of the neuropsychology evaluation of individuals who are HIV positive. Visiting Nurses Association of Boston. Staff.

**1996**
Principles of a geriatric evaluation. The Nurse Practitioner Associates for Continuing Education. March 9, 1996. CME students.

**1996**
Gender differences in ADHD at the Stone Center, Wellesley College. March 26, 1996. Continuing Education for Staff.

**1996**
HIV-related neuropsychiatric deficits in the care of the hospitalized HIV patient. New England Deaconess Hospital. May 15, 1996 and June 12, 1996. Workshop for healthcare providers.

**1996**
ADHD evaluations in a managed care environment. Cambridge Series, Treatment Interventions for ADHD. CME students.

**1996**
ADHD evaluations in a managed care environment. Cambridge Series, Treatment Interventions for ADHD. CME students.

**1997**
Neuropsychological screening evaluations for trauma patients and refugees in Bosnia and Croatia. Harvard School of Public Health. February 26, 1997. Lecture for staff at the Harvard School of Public Health.

**1997**
Therapeutic interventions for individuals and couples with ADHD in Contemporary Applications for Psychological Testing. Massachusetts Mental Health Center. June 6, 1997. CME students.

**1997**
ADHD evaluations in a managed care environment. Elliot Mental Health Center, Concord, Massachusetts. October 1997. CME students.

**1998**
ADHD evaluations under managed care: What works and doesn't work. Contemporary Applications of Psychological Testing. Massachusetts Mental Health Center. March 12, 1998. CME students.

**1998**
Neuropsychological evaluations in a managed care environment. Children's Hospital Adolescent Unit. April 14, 1998. Staff.

**1998**
Memory strategies for daily living. Winchester Senior Program. December 3, 1998. Senior Citizens.

**1999**
Dementia: What really helps? The Boston Society for Gerontologic Psychiatry. May 1, 1999. CME students.

**1999**
Neuropsychological evaluations of complicated patients in a managed care environment. Psychological Assessment Course. Massachusetts Mental Health Center. June 3, 1999. CME students.

**1999**
Can you treat a "complex" patient in a managed care environment? Psychotherapy: Treatment and the Bio-Psycho-Social Controversies. Harvard Medical School Continuing Education. June 4, 1999. CME students.

**2001**
What psychotherapists need to know about the brain? Brookline Mental Health. January 2001. CME students.

**2001**
What drug abuse counselors must know about the neuropsychology. CAB treatment and rehabilitation services. December 6, 2001. CME students.

**2002**
What happens when a parent and child have the same disorder. The Cambridge Lecture Series, Controversies in Developmental Disorders, January 11, 2002. 160 CME.

**2002**
Silent learning disorders in women. The Massachusetts Student Neuropsychology Society. April 25, 2002.

**2002**
Cultural issues in the evaluation of geriatric patients. Social Work Grand Rounds, December 8, 2002.

**2003**
Treatment issues for parents with neurodevelopmental disorders. The Cambridge Lecture Series, Update in Adult Developmental Disorders, February 8, 2003. 100 CME.

**2003**
Assessment Issues in Adult Attention Deficit Disorder. Massachusetts College of Pharmacy and Health, April 11, 2003. CME.

**2003**
Assessment Issues in Adolescents and College Students with Attention Deficit Disorder. Childrens Hospital Adolescent Lecture Series, May 13, 2003. CME.


**c. Continuing Medical Education Courses:**

**1991**
Celenza A, Weinstein C, Platt J: The Cambridge Lecture Series, The Mind Brain Connection in Treatment. Course Director, November 2, 1991. 100 CME students.

**1993**
Greenberg M, Weinstein C, Platt J: The Cambridge Lecture Series, The Attention Deficit Disorders. Course Director, January 9, 1993. 200 CME students.

**1994**
Greenberg M, Weinstein C, Platt J:  The Cambridge Lecture Series Courses, ADHD Across the Lifespan. Course Director, January 4 and 5, 1994. 200 CME students.

**1994**
Greenberg M, Weinstein C, Platt J:  The Cambridge Lecture Series Course, Living with ADHD.  Course Director, December 2 and 3, 1994.  400 CME students.

**1995**
Greenberg M,  Weinstein C,  Platt J:  The Harvard Medical School Continuing Education Program,  The Attention Disorders. Course Director, December 3 and 4, 1995. 700 CME students.

**1996**
Greenberg M, Weinstein C, Platt J:  The Cambridge Lecture Series Course, Treatment Interventions for ADHD.  Course Director, December 6 and 7, 1996. 100 CME students.

**1998**
Greenberg M, Weinstein C,  Platt J:  The Cambridge Lecture Series Course,  The Biological Self.  Course Director. January 23, 1998, 120 CME students.

**1999**
Greenberg M, Weinstein C, Platt J:  The Harvard Medical School Continuing Education Course,  Psychotherapy: Treatment and the Bio-Psycho-Social Controversies.  Course Director. June 5 and 6, 1999, 250 CME students.

**2001**
Greenberg M., Weinstein C, Platt J: What the Psychotherapist needs to know about the brain and treatment.  January 2001, 150 CME students.

**2002**
Greenberg M., Weinstein C, Platt J:  Controversies in Developmental Disorders. January 11, 2002, 160 CME students.

**2003**
Greenberg M, Weinstein C, Platt J;  Update in Adult Developmental Disorders: February 8, 2003, 100 CME students.

### d. Advisory and supervisory responsibilities:

**1988-1993**
Neuropsychological Supervisor Metropolitan State Hospital and The Cambridge Hospital, 200 hours year

**1990-1993**
Neuropsychology Supervisor Newton Wellesley Hospital, 100 hours year

**1990-1993**
Neuropsychology Supervisor Fenway Health Center, 100 hours year

**1993-**
Neuropsychology Supervisor The Beth Israel Deaconess Hospital, 500 hours year

**1996-**
Assistant Director of Neuropsychology Training in the Combined Massachusetts Mental Health/Beth Israel Deaconess Hospital Neuropsychology Program, 700 hours year

**1998-**
Director of Center for Cognitive Remediation, Beth Israel Deaconess Hospital, 700 hours year

### e. Names of Trainees

| | | |
|---|---|---|
| 1989-1990 | Katie McClure Ph.D. | Private Practice |
| 1990-1991 | Margaret Heffernan Ph.D. | Staff Psychologist<br>Beth Israel Deaconess Hospital<br>Instructor in Psychology HMS |
| 1991-1992 | Jack Benashowitz Ph.D. | Psychologist<br>Cambridge Hospital |
| 1992-1993 | Monica Gilboa Ph.D. | New England Rehabilitation |
| 1993-1994 | Brina Caplan Ph.D. | Massachusetts Mental Health Center<br>Instructor in Psychology HMS |

| 1993-1994 | Rosemary Toomey PhD. | Brockton VA Medical Center<br>Instructor in Psychology HMS |
|---|---|---|
| 1993-1994 | Barbara Shagrin Ph.D. | Boston VA Medical Center<br>BU Medical School |
| 1993-1994 | Marjory Silver Psy.D. | Division of Aging<br>Boston University School of<br>Medicine<br>Assistant Professor of Psychology<br>HMS |
| 1994-1995 | Keri Seiverd Ph.D. | Private Practice<br>Nashville, Tennessee |
| 1994-1995 | Wendy Woodard Ph.D. | Private Practice<br>Seattle, Washington |
| 1995-1996 | William Stone Ph.D. | Massachusetts Mental Health Center<br>Assistant Professor of Psychology<br>HMS |
| 1995-1996 | John Lewis Psy.D. | Private Practice<br>Winchester, Virginia |
| 1995-1996 | Karen Van Manen | Boston VA Medical Center<br>BU Medical School<br>Private Practice |
| 1997-1998 | Robert Mendoza Psy.D. | APA Congressional Science Fellow<br>Washington D.C.<br>Adminstrator Arbour Health Care<br>Staff, Lindermann Health Center |
| 1997-1998 | Robert Fucetola Ph.D. | Washington University School of<br>Medicine<br>Assistant Professor of Psychology<br>WUSM |
| 1996-1998 | Winnifred Sachs Ph.D. | Beth Israel Deaconess Hospital<br>Instructor in Psychology HMS |

| | | |
|---|---|---|
| 1998-1999 | Lisa Jones Ph.D. | Neuropsychology Fellow |
| 1998- 1999 | Nancy Madigan Ph.D. | Staff Neuropsychologist<br>BIDMC Behavioral Neurology<br>Instructor in Neurology HMS |
| 1999-2001 | Margaret Lanca Ph.D. | Staff Neuropsychologist<br>The Cambridge Hospital<br>Instructor in Psychology HMS |
| 2000-2001 | Audrey Sherman Ph.D. | Staff Neuropsychologist<br>University of Oregon Medical Center |
| 2000-2002 | Sara Hoffschmidt Ph.D. | Staff Neuropsychologist<br>BIDMC Behavioral Neurology<br>Instructor in Neurology HMS |
| 2001-2003 | Michael Hall Ph.D. | Neuropsychology Fellow<br>Clinical Neuropsychologist |
| 2001-2002 | Anna Cragnolino Ph.D. | Neuropsychology Fellow |
| 2001-2203 | Geoffrey Schnirman Ph.D. | Neuropsychology Fellow<br>Private Practice |
| 2002-2003 | Simon Tan Psy.D. | Neuropsychology Fellow<br>Rusk Institute of Medicine |
| 2002-2004 | Richard Cowls | Neuropsychology Fellow |
| 2003- | Nancy Viscovitch | Neuropsychology Fellow |
| 2003- | Bonnie Wong | Neuropsychology Fellow |
| 2003- | Erin Hill | Neuropsychology Fellow |

2.    **Regional, national, or international contributions**

   a.   Invited Presentation:

**1994**
Gender differences in referral for neuropsychological evaluations: Guidelines for change. Presented at The American Psychological and Behavioral Factors in Women's Health: Creating an Agenda for the 21st Century. Washington D.C. May 14, 1994. CME students.

**1995**
Neuropsychiatric manifestations of AIDS. Paper presented at the State of Pennsylvania HIV Training Program. Pennsylvania State University. CME students.

**1997**
Mental-status evaluations on trauma patients and refugees. Harvard Program in Refugee Trauma. Opatija, Croatia. January 16-18, 1997. Funded by USAID and Harvard University. Workshop for psychiatrists, psychologists, and mental health workers from Croatia and Bosnia.

**1997**
Neuropsychological evaluations in Psychiatry. University of Zagreb. January 20, 1997. Workshop for mental health professionals at the University of Zagreb.

**1999**
Neurocognitive changes in victims of mass violence. New York Academy of Traumatic Brain Injury March 26, 1999. CME students.

**2001**
Learning Disabilities in the College Population: A Myth or Reality. The Annual Convention of the American Psychological Association, August 18, 2001. CME students.

**2002**
Legal implications of neuropsychological evaluations in medical and law students. The Annual Convention of the International Neuropsychological Society, February 15, 2002. Toronto, Canada. CME students.

**2002**
The implications of silent learning disorders in women. The Annual Convention of the American Psychological Association, August 2002. CME students.

**E. Report of Clinical Activities**

1. Description of Clinical Practice. My clinical practice at the Beth Israel Deaconess Hospital includes a focus on young adults to older adults with neuropsychiatric, neurological, neurodevelopmental and medical disorders. The common themes in my work are documentation of neurocognitive strengths and weaknesses, dealing with the "borderland" of psychiatry and neurology, and determining the most appropriate ways to circumvent deficits. By starting treatment at the point of utilizing and appreciating an individual's neurocognitive strengths, one can more efficiently and effectively proceed in a managed care environment.

2.  Patient Load and Complexity. I am Board Certified in Neuropsychology by The American Board of Professional Psychology and the American Board of Clinical Neuropsychology. I evaluate individuals with: (1) developmental learning disorders; (2) acquired disorders; (3) neurodegenerative disorders; (4) medically related disorders; and (5) primary psychiatric disorders. I see approximately 15 patients per week and am involved in diagnosis, treatment, and family education.

3.  Clinical Contributions. As Director of the Center for Cognitive Remediation, I have developed a program to provide treatment for neuropsychiatric patients. Treatment includes diagnosis, treatment planning, and skill training. We meet with educators, psychotherapists, and family members to help the identified patient move on with his/her life. We provide treators with written material, videotapes, audiotapes, and individualized treatment protocols. Follow-up is provided with patients and treators to determine "what works" and "what is not working". This facilitates maintenance of newly acquired skills. Follow-up procedures may also lead to modification in skill training for the patient or revision of psychotherapeutic interventions.

In addition, we have an excellent patient attendance record (95% attendance rate). By personally contacting patient's by phone prior to the evaluation, fears can be allayed and questions answered about the evaluation process. We also enlist the patient to collaborate with us as we address neurocognitive and interpersonal strengths and weaknesses.

## III. Bibliography

**Original Articles**
Helm-Estabrooks N, Yeo R, Geschwind N, Freedman M, Weinstein C: Stuttering: Disappearance and reappearance with acquired brain lesions. Neurology 1986;36:1009-112

Weinstein C, Kaplan E, Casey MB, Hurwitz I. Delineation of female performance on the Rey-Osterrieth Complex Figure. Neuropsychology 1990;4:117-127.

Weinstein C, Seidman L, Feldman J, Ratey J. Neurocognitive disorders in psychiatry: a case example of diagnostic and treatment dilemmas. Psychiatry 1991; 65-75.

Weinstein C, and Shaffer H. Neurocognitive aspects of substance abuse treatment: A psychotherapist's primer. Journal of Psychotherapy 1994;2:317-333.

Weinstein C, Seidman L, Ahern G, McClure K. Integration of neuropsychological and behavioral neurological assessment in psychiatry: A case example. Psychiatry 1994; 57:62-76.

Weinstein C and Reeves P.  Gender differences in referral for neuropsychological evaluations.  Journal of Women's Health 1995;4:1-9.

Weinstein C, Apfel R, and Weinstein S.  Description of mothers with ADHD with children with ADHD. Psychiatry 1998; 61:12-18.

Weinstein C, Woodard W, and DeSilva R.  Neurocognitive functions post-cardiovascular surgery.  Behavioral Medicine 1998;24:31-37.

Weinstein C. and Sachs W.  Memory 101:  A psychotherapist's guide to understanding and teaching memory strategies to patients and significant others.  Journal of Geriatric Psychiatry 2000;33:5-26.

Mendoza RJ, Pittenger DJ, and Weinstein C.  Unit management of depression of patients with multiple sclerosis using cognitive remediation strategies: A preliminary study.  Neurorehabilitation and Neural Repair 2001; 15:9-14.

Weinstein C and Sachs S.  Geriatric neuropsychological evaluations: Roadblocks in diagnosis when the patient is from a non majority culture.  Journal of Geriatric Psychiatry, 2002; 54:159-180.

Hoffschmidt S and Weinstein C.  The influence of silent learning disorders on the lives of women.  Women and Therapy, 2003; 26:81-94.

Mendoza RJ, Pittenger DJ, and Weinstein C.  A protocol for assessment of risk in wheelchair driving within a healthcare facility.  Disability and Rehabilitation, 2003; 25:52-526.

Hill KP, Lukonis CJ, Korson MS, Weinstein CS, Thall M and Schwartz J.  Neuropsychiatric illness in a patient with cobalamin G Disease, an inherited disorder of vitamin B12 metabolism,  Harvard Review of Psychiatry, 2004;12:116-122.

**Reviews, Chapters, and Editorials**

Weinstein C.  Cognitive remediation strategies:  An adjunct to the psychotherapy of individuals with Attention Deficit Disorder.  The Journal of Psychotherapy Practice and Research, 1994;44-57.

Weinstein C and Seidman L.  The role of neuropsychological assessment in adult psychiatry.  In:  Ellison J, Weinstein C, Hodel-Malinofsky T, eds.  The Psychotherapist's Guide to Neuropsychiatric Patients: Diagnostic and Treatment Dilemmas.  Washington D.C.:  American Psychiatric Press, 53-101, 1994.

Weinstein C, Oepen G, and Seidman L. Schizophrenia and schizophrenic-like disorders: A neuropsychological perspective and treatment implications. In: Ellison J, Weinstein C, Hodel-Malinofsky T, eds. The Psychotherapist's Guide to Neuropsychiatric Patients: Diagnostic and Treatment Dilemmas. Washington D.C.: American Psychiatric Press, 433-463, 1994.

Weinstein C and Smith L: Treatment of individuals with HIV-infection: A neuropsychological perspective. In: Ellison J, Weinstein C, Hodel-Malinofsky T, eds. The Psychotherapist's Guide to Neuropsychiatric Patients: Diagnostic and Treatment Dilemmas. Washington D.C.: American Psychiatric Press, 583-615, 1994.

Weinstein C. ADHD evaluations in a managed care environment. ADHD Report. Volume Five, April 1997.

Hoffschmidt S and Weinstein C. The influence of silent learning disorders in the lives of Women. The Massachusetts Neuropsychology Society Newsletter 2001:11:6-8.

Weinstein C, Fucetola R, and Mollica R. Neuropsychological issues in the assessment of refugees and victims of mass violence. Neuropsychology Review 2001;11:131-141.

Kalinowski AG, Weinstein CS, and Seidman LJ: Organizational and retrieval deficits in the Rey-Osterrieth Complex Figure in nonchronic schizophrenia. In: Knight J and Kaplan E, eds. The Handbook of the Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications. Lutz, Florida: Psychological Assessment Resources, 463-475, 2004.

**Books**

Ellison J, Weinstein C, Hodel-Malinofsky, eds. The Psychotherapist's Guide to Neuropsychiatric Patients: Diagnostic and Treatment Dilemmas 1994. Washington, D.C.: American Psychiatric Press.

**Clinical Communications:**

Weinstein C. Cognitive Remediation, Letter to the Editor. American Journal of Psychiatry 1994;151:154-155.

**Educational Material**

Weinstein CS, Forstein M, Smith L, Savagae C. The Psychotherapist's Guide to Individuals Who are HIV; A Neurocognitive Primer, 1992.

Seidman L, Weinstein C, Leimkuhler B. Boston Neuropsychological Training Manual, 1993.

Seidman L, Weinstein C, Leimkuhler B.  Boston Neuropsychological Training Manual Revised, 1996.

Weinstein C.  Review of the writings of Edith Kaplan.  Life is a Process Conference. 11, 1999.

Weinstein C.  WGBH Web Site on Learning Disabilities.  Summer 2003.