UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI A. BAER,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF<br>MEDICAL EXAMINERS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05-CV-10724-GAO<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AFFIDAVIT**

Pursuant to Federal Rule of Civil Procedure 6(d), Defendant National Board of Medical Examiners respectfully requests permission to file the accompanying Second Affidavit of Dr. Joseph E. Bernier ("Affidavit"). Defendant believes that the Affidavit will assist the Court because it responds to issues raised for the first time in the Amended Second Affidavit of Dr. Cheryl Weinstein and in Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for a Permanent and Preliminary Injunction, both of which were filed on April 26, 2005. Because of Dr. Bernier's busy schedule seeing patients, Defendant was unable to obtain this affidavit from him until this morning.

                                              Respectfully submitted,

                                              NATIONAL BOARD OF MEDICAL
                                              EXAMINERS

                                              By its attorneys,

                                              /s/ Inez H. Friedman-Boyce_____
                                              Joseph F. Savage, Jr. (BBO#443030)
                                              Inez H. Friedman-Boyce (BBO#630910)
                                              Melissa Briggs Hutchens (pro hac vice)
                                              GOODWIN PROCTER LLP
                                              53 State Street
                                              Boston, Massachusetts 02019
                                              (617) 570-1000

Dated: April 28, 2005

- 2 -

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

  The undersigned certifies pursuant to Local Rule 7.1(A)(2), that the moving party has conferred in good faith with opposing counsel on the matters set forth in the foregoing motion. Opposing counsel did not assent to the relief requested by this motion.

  I further certify that on April 28, 2005, I caused a copy of the foregoing motion to be served by facsimile on all counsel of record for the other party.

              /s/ Inez H. Friedman-Boyce_____
              Inez H. Friedman-Boyce

LIBA/1516949