IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI A. BAER,<br>                   Plaintiff,<br>vs.<br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>                   Defendant. | CIVIL ACTION NO. 05-10724-GAO |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Heidi A. Baer, by her attorneys, and the defendant National Board of Medical Examiners, by its attorneys, hereby dismiss the above-captioned action, with prejudice and without costs.

**The Plaintiff,**

**HEIDI A. BAER**

By her attorneys,

_____
Bret A. Cohen, Esq.
Carolyn A. Wiesenhahn, Esq.
James M. Nicholas, Esq.
MINTZ, LEVIN, COHN, FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02110
(617) 542-6000

Dated: September 19, 2005

**The Defendant,**

**NATIONAL BOARD OF MEDICAL EXAMINERS**

By its attorneys,

_____
Joseph F. Savage, Esq.
Inez H. Friedman-Boyce, Esq.
Melissa Briggs Hutchens, Esq.
GOODWIN PROCTER, LLP
53 State Street
Boston, MA 02019
(617) 570-1000

LIT 1541927v.1